Case 7:11-cr-00630-KMK   Document 1582   Filed 06/08/22   Page 1 of 2

MEMO ENDORSED

LAW OFFICE OF
# Jacob Barclay Mitchell, Esq.
225 Broadway, Suite 2815
New York, New York 10007

TELEPHONE: (212) 204-2574                    E-MAIL: jacobbarclaymitchell@gmail.com

June 8, 2022

**Via ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St
White Plains, NY 10601-4150

     **Re:     United States v. Ronnell Thomas, 11-CR-630 (KMK)**

Dear Judge Karas:

     I write as associate attorney to the late Kenneth Paul to respectfully request early termination of Mr. Thomas's supervised release. On July 9, 2013 Mr. Thomas was sentenced to 120 months imprisonment and 8 years of supervised release. Mr. Thomas has been on supervised release since April 24, 2019.

     Since being sentenced Mr. Thomas completed a rigorous 6-month drug treatment program and other 3-month drug treatment program. He has received his Class A Commercial Driving License. He has received his OSHA 30 certification for Flagging, Scaffolding, Plumbing, Electric and Asbestos. Mr. Thomas has held jobs doing custodial maintenance and as a technician working on trains for the Long Island Railroad. He is currently employed by UPS as a driver and is in good standing as a member of Union 804. While working for UPS Mr. Thomas is currently enrolled and studying to get his Real Estate License.

     According to Mr. Thomas's Probation Officer, Christina Alexander-Nezbeth, Mr. Thomas has been in full compliance with the conditions of supervision. He maintains a stable residence, works full-time and has satisfied his monetary obligation to the Court. Mr. Thomas has submitted several random drug tests, and all have returned negative results. On June 2, 2020 Mr. Thomas was transferred to the SDNY Low Intensity Caseload due to his compliance and positive adjustment to supervision.

     Probation recommends an early termination from supervised release based on Mr. Thomas's demonstrated ability to self-manage and remain lawful well beyond the period of supervision.

Case 7:11-cr-00630-KMK   Document 1582   Filed 06/08/22   Page 2 of 2

I have consulted with AUSA Celia Cohen. The government does not object to this request.

Thank you for your consideration,

Respectfully submitted,

_____/S/_____
Jacob Mitchell

Application is granted for the reasons given herein, including the consent of the Probation office and the US Attorney's office.

So Ordered –

6/9/22